# UNITED STATES BANKRUPTCY COURT
## SOUTHERN **DISTRICT OF** NEW YORK

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| 336 BARRETTO STREET, LLC | § | Case No. 15-11885 MKV |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT L. GELTZER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 631.73 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  1,303,395.04 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  582,908.39 | |

3) Total gross receipts of $ 1,886,303.43  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 1,886,303.43  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,400,000.00 | $ 580,844.61 | $ 622,157.36 | $ 573,580.92 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 586,922.11 | 586,922.11 | 582,908.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,288.20 | 1,800.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 988,333.84 | 2,461,223.57 | 2,459,123.57 | 729,814.12 |
| **TOTAL DISBURSEMENTS** | $ 4,401,622.04 | $ 3,630,790.29 | $ 3,668,203.04 | $ 1,886,303.43 |

4)  This case was originally filed under chapter 11 on  07/20/2015 , and it was converted to chapter 7 on  08/17/2015 .  The case was pending for 30 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/05/2018                          By:/s/ROBERT L. GELTZER
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 0.00 |
| COMMERCIAL BUILDING LOCATED AT | 1110-000 | 1,838,283.46 |
| ACCOUNTS RECEIVABLE | 1121-000 | 39,800.00 |
| BANK ACCOUNT (CHASE) | 1129-000 | 8,219.97 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,886,303.43** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One National Assoc c/o Lazer, Aptheker et al 225 Old Country Rd Melville NY 11747 | | 0.00 | NA | NA | 0.00 |
| | Hudson Valley Bank 21 Scarsdale Road Yonkers, NY 10707 notification purposes only | | 850,000.00 | NA | NA | 0.00 |
| | Jon Shields 9435 Hading Ave Surfside, FL 33154 (address not current) | | 850,000.00 | NA | NA | 0.00 |
| 000007 | VALLEY NATIONAL BANK | 4110-000 | 850,000.00 | 539,952.95 | 570,106.90 | 570,106.90 |
| 000001A | NYC WATER BOARD | 4120-000 | NA | 2,854.16 | 3,474.02 | 3,474.02 |
| 000003 | NYCTL 2014 TRUST | 4700-000 | 850,000.00 | 24,467.00 | 33,466.29 | 0.00 |
| 000004 | NYCTL 2015-A TRUST MTAG | 4700-000 | NA | 13,570.50 | 15,110.15 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 3,400,000.00 | $ 580,844.61 | $ 622,157.36 | $ 573,580.92 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT L. GELTZER, TRUSTEE | 2100-000 | NA | 79,839.10 | 79,839.10 | 79,839.10 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT L. GELTZER, TRUSTEE | 2200-000 | NA | 101.27 | 101.27 | 101.27 |
| INT | 2300-000 | NA | 880.61 | 880.61 | 880.61 |
| MYC | 2410-000 | NA | 4,047.50 | 4,047.50 | 4,047.50 |
| BENCHMARK TITLE AGENCY, LLC | 2500-000 | NA | 295.00 | 295.00 | 295.00 |
| Union Bank | 2600-000 | NA | 22,682.66 | 22,682.66 | 22,682.66 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 114,830.00 | 114,830.00 | 114,830.00 |
| NYCTL 1998-2 TRUST | 2810-000 | NA | -121.50 | -121.50 | -121.50 |
| NEW YORK CITY DEPT. OF FINANCE | 2820-000 | NA | 2,593.80 | 2,593.80 | 2,593.80 |
| NEW YORK STATE CORPORATION TAX | 2820-000 | NA | 21,419.00 | 21,419.00 | 21,419.00 |
| NEW YORK STATE DEPARTMENT | 2820-000 | NA | 54.32 | 54.32 | 54.32 |
| NYC DEPARTMENT OF FINANCE | 2820-000 | NA | 750.00 | 750.00 | 750.00 |
| NYCTL 2014-A TRUST MTAG | 2820-000 | NA | 33,466.29 | 33,466.29 | 33,466.29 |
| NYCTL 2015-A TRUST MTAG | 2820-000 | NA | 15,110.15 | 15,110.15 | 15,110.15 |
| PATRICK O'CONNELL | 2990-000 | NA | 25,000.00 | 25,000.00 | 25,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE INSURANCE AGENCY | 2990-000 | NA | 3,810.00 | 3,810.00 | 3,810.00 |
| TARTER KRINSKY | 3210-000 | NA | 91,469.00 | 91,469.00 | 91,469.00 |
| TARTER KRINSKY | 3220-000 | NA | 370.97 | 370.97 | 370.97 |
| ANDREW W. PLOTZKER, CPA | 3410-000 | NA | 51,056.50 | 51,056.50 | 51,056.50 |
| ANDREW W. PLOTZKER, CPA | 3420-000 | NA | 240.00 | 240.00 | 240.00 |
| MYC | 3510-000 | NA | 111,000.00 | 111,000.00 | 111,000.00 |
| MYC | 3520-000 | NA | 4,013.72 | 4,013.72 | 0.00 |
| MYC & ASSOCIATES, INC. | 3992-000 | NA | 4,013.72 | 4,013.72 | 4,013.72 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 586,922.11 | $ 586,922.11 | $ 582,908.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NYC Dept of Finance 66 John Street, Room 104 New York, NY 10038 | | 13,288.20 | NA | NA | 0.00 |
| 000012A | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 1,800.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 13,288.20 | $ 1,800.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NYC Water Board DEP 59-17 Junction Boulevard, 8th Floor, Flushing, NY 11373 | | 2,854.16 | NA | NA | 0.00 |
| 000005 | CAPITAL ONE, NATIONAL ASSOCIATION | 7100-000 | NA | 1,288,768.50 | 1,288,768.50 | 382,478.32 |
| 000012B | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 2,100.00 | 0.00 | 0.00 |
| 000006 | FIRST NATIONAL INSURANCE COMPANY OF | 7100-000 | 985,479.68 | 1,170,355.07 | 1,170,355.07 | 347,335.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 988,333.84 | $ 2,461,223.57 | $ 2,459,123.57 | $ 729,814.12 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

Page:        1

| Case No: | 15-11885 | MKV | Judge: MARY KAY VYSKOCIL | |
|---|---|---|---|---|

Case Name:        336 BARRETTO STREET, LLC

For Period Ending: 02/05/18

Trustee Name:              ROBERT L. GELTZER

Date Filed (f) or Converted (c):    08/17/15 (c)

341(a) Meeting Date:        09/22/15

Claims Bar Date:            12/07/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNT (CHASE) | 8,219.97 | 0.00 | | 8,219.97 | FA |
| 2. COMMERCIAL BUILDING LOCATED AT 336 BARRETTO ST., BRONX, NY | 850,000.00 | 292,283.32 | | 1,838,283.46 | FA |
| 3. HUDSON VALLEY BANK CHECKING ACCOUNT ENDING 2901 | 631.73 | 631.73 | | 0.00 | FA |
| 4. SECURITY DEPOSITS WITH PUBLIC UTILITIES TELEPHONE COMPANIES, LANDLORDS, AND OTHERS | Unknown | 0.00 | | 0.00 | FA |
| 5. INTERESTS IN INSURANCE POLICIES | Unknown | 0.00 | | 0.00 | FA |
| 6. ANNUITIES | Unknown | 0.00 | | 0.00 | FA |
| 7. INTERESTS IN IRS, ERISA, KEOGH OR OTHER PENSION OR PROFIT SHARING PLANS | Unknown | 0.00 | | 0.00 | FA |
| 8. STOCKS AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESS | Unknown | 0.00 | | 0.00 | FA |
| 9. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES | Unknown | 0.00 | | 0.00 | FA |
| 10. ACCOUNTS RECEIVABLE | Unknown | 49,800.00 | | 39,800.00 | FA |
| 11. OTHER LIQUIDATED DEBTS OWED TO DEBTOR INCLUDING TAX REFUNDS | Unknown | 0.00 | | 0.00 | FA |
| 12. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVER NATURE.... | Unknown | 0.00 | | 0.00 | FA |
| 13. AUTOMOBILES, TRUCKS, TRAILERS, AND OTHER VEHICLES AND ACCESSORIES | Unknown | 0.00 | | 0.00 | FA |
| 14. BOATS, MOTORS AND ACCESSORIES | Unknown | 0.00 | | 0.00 | FA |
| 15. AIRCRAFT AND ACCESSORIES | Unknown | 0.00 | | 0.00 | FA |
| 16. OFFICE EQUIPMENT | Unknown | 0.00 | | 0.00 | FA |
| 17. MACHINERY AND EQUIPMENT, AND SUPPLIES USED IN BUSINESS | Unknown | 0.00 | | 0.00 | FA |
| 18. INVENTORY | Unknown | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

Page:    2

| Case No: | 15-11885    MKV    Judge: MARY KAY VYSKOCIL | Trustee Name: | ROBERT L. GELTZER |
| Case Name: | 336 BARRETTO STREET, LLC | Date Filed (f) or Converted (c): | 08/17/15 (c) |
| | | 341(a) Meeting Date: | 09/22/15 |
| | | Claims Bar Date: | 12/07/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $858,851.70 | $342,715.05 | | $1,886,303.43 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/16        Current Projected Date of Final Report (TFR): 10/30/17

FORM 2                                                                                                    Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-11885  -MKV | |
| Case Name: | 336 BARRETTO STREET, LLC | |

| | |
|---|---|
| Trustee Name: | ROBERT L. GELTZER |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5056  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******9470 |
| For Period Ending: | 02/05/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 77,473,905.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/15 | 1 | CHASE CASHIER'S CHECLK REMITTER: ANTHONY R. MARTUCCI | TURNOVER OF ESTATE PROPETY | 1129-000 | 8,219.97 | | 8,219.97 |
| 09/08/15 | 001001 | TRUSTEE INSURANCE AGENCY 2813 WEST MAIN KALAMAZOO, MI  49006 | INVOICE #5312 | 2990-000 | | 3,810.00 | 4,409.97 |
| 09/17/15 | 10 | ATLAS MACHINE RENTAL LLC | ACCOUNTS RECEIVABLES (RENT) SEPTEMBER 2015 RENT | 1121-000 | 5,000.00 | | 9,409.97 |
| 09/17/15 | 10 | CITY EVOLUTIONAARY CONSTRUCTIONS, LLC 1318 WEST 6 STREETM A8 BROOKLYN, NY  11204 | ACCOUNTS RECEIVABLES (RENT) SEPTEMBER 2015 RENT | 1121-000 | 3,300.00 | | 12,709.97 |
| 10/06/15 | 10 | CITY EVOLUTIONAARY CONSTRUCTIONS, LLC 1318 WEST 6 STREETM A8 BROOKLYN, NY  11204 | ACCOUNTS RECEIVABLES (RENT) OCTOBER 2015 RENT | 1121-000 | 3,300.00 | | 16,009.97 |
| 10/13/15 | 10 | ATLAS MACHINE RENTAL LLC 336 bARRETTO ST BRONX, NY  10474-6718 | ACCOUNTS RECEIVABLES (RENT) SEPTEMBER 2015 RENT (?) | 1121-000 | 5,000.00 | | 21,009.97 |
| 10/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.53 | 20,994.44 |
| 11/04/15 | 10 | CITY EVOLUTIONAARY CONSTRUCTIONS, LLC 1318 WEST 6 STREETM A8 BROOKLYN, NY  11204 | ACCOUNTS RECEIVABLES (RENT) NOVEMBER 2015 RENT | 1121-000 | 3,300.00 | | 24,294.44 |
| 11/09/15 | 10 | ATLAS MACHINE RENTAL LLC 336 BARRETTO STREET BRONX, NY  10474-6718 | ACCOUNTS RECEIVABLES (RENT) NOVEMBER 2015 RENT | 1121-000 | 5,000.00 | | 29,294.44 |
| 11/17/15 | 001002 | NYC DEPARTMENT OF FINANCE | PROPERTY TAX BILL | 2820-000 | | 2,593.80 | 26,700.64 |
| 11/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 27.16 | 26,673.48 |

| | | |
|---|---|---|
| Page Subtotals | 33,119.97 | 6,446.49 |

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| Case No: | 15-11885 -MKV | Trustee Name: | ROBERT L. GELTZER |
|---|---|---|---|
| Case Name: | 336 BARRETTO STREET, LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5056 Checking - Non Interest |
| Taxpayer ID No: | *******9470 | | |
| For Period Ending: | 02/05/18 | Blanket Bond (per case limit): | $ 77,473,905.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/15 | 10 | CITY EVOLUTIONAARY CONSTRUCTIONS, LLC<br>1318 WEST 6 STREETM A8<br>BROOKLYN, NY  11204 | ACCOUNTS RECEIVABLES (RENT)<br>DECEMBER & JANUARY 2015/2016 RENT | 1121-000 | 6,600.00 | | 33,273.48 |
| 12/28/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 38.34 | 33,235.14 |
| 01/05/16 | 2 | CHASE<br>CASHIER'S CHECK<br>REMITTER: JOHN O LOMBARDI | DEPOSIT FOR SALE OF REAL PROPERTY<br>SUCCESSFUL BIDDER: JOHN O LOMBARDI | 1110-000 | 100,000.00 | | 133,235.14 |
| 01/05/16 | 2 | CHASE<br>CASHIER'S CHECK<br>REMITTER: JOHN O LOMBARDI | DEPOSIT FOR SALE OF REAL PROPERTY<br>SUCCESSFUL BIDDER: JOHN O LOMBARDI | 1110-000 | 25,000.00 | | 158,235.14 |
| 01/05/16 | 2 | CHASE<br>CASHIER'S CHECK<br>REMITTER: JOHN O LOMBARDI | DEPOSIT FOR SALE OF REAL PROPERTY<br>SUCCESSFUL BIDDER: JOHN O LOMBARDI | 1110-000 | 35,000.00 | | 193,235.14 |
| 01/05/16 | 2 | CHASE<br>CASHIER'S CHECK<br>REMITTER: JOHN O LOMBARDI | DEPOSIT FOR SALE OF REAL PROPERTY<br>SUCCESSFUL BIDDER: JOHN O LOMBARDI | 1110-000 | 10,000.00 | | 203,235.14 |
| 01/05/16 | 2 | CHASE<br>CASHIER'S CHECK<br>REMITTER: JOHN O LOMBARDI | DEPOSIT FOR SALE OF REAL PROPERTY<br>SUCCESSFUL BIDDER: JOHN O LOMBARDI | 1110-000 | 15,000.00 | | 218,235.14 |
| 01/05/16 | | STERLING NATIONAL BANK<br>403 E. SANFORD BOULEVARD<br>MOUNT VERNON, NY<br>REMITTER HOFFMANN INVESTORS | DEPOSIT FOR SALE OF REAL PROPERTY<br>RUNNER UP DEPOSIT (TO BE RETURNED IF<br>SALE CONSUMATED WITH LOMBARDI) | 1110-000 | 100,000.00 | | 318,235.14 |
| 01/05/16 | | STERLING NATIONAL BANK<br>403 E. SANFORD BOULEVARD<br>MOUNT VERNON, NY<br>REMITTER HOFFMANN INVESTORS | DEPOSIT FOR SALE OF REAL PROPERTY<br>RUNNER UP DEPOSIT (TO BE RETURNED IF<br>SALE CONSUMATED WITH LOMBARDI) | 1110-000 | 10,000.00 | | 328,235.14 |
| 01/05/16 | | STERLING NATIONAL BANK<br>403 E. SANFORD BOULEVARD | DEPOSIT FOR SALE OF REAL PROPERTY<br>RUNNER UP DEPOSIT (TO BE RETURNED IF | 1110-000 | 10,000.00 | | 338,235.14 |

| | Page Subtotals | 311,600.00 | 38.34 | |
|---|---|---|---|---|

Ver: 20.00g

FORM 2                                                                                                                Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-11885 -MKV | |
| Case Name: | 336 BARRETTO STREET, LLC | |

| | |
|---|---|
| Trustee Name: | ROBERT L. GELTZER |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5056  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******9470 |
| For Period Ending: | 02/05/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 77,473,905.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MOUNT VERNON, NY REMITTER HOFFMANN INVESTORS | SALE CONSUMATED WITH LOMBARDI) | | | | |
| 01/05/16 | | STERLING NATIONAL BANK 403 E. SANFORD BOULEVARD MOUNT VERNON, NY REMITTER HOFFMANN INVESTORS | DEPOSIT FOR SALE OF REAL PROPERTY RUNNER UP DEPOSIT (TO BE RETURNED IF SALE CONSUMATED WITH LOMBARDI) | 1110-000 | 10,000.00 | | 348,235.14 |
| 01/05/16 | | STERLING NATIONAL BANK 403 E. SANFORD BOULEVARD MOUNT VERNON, NY REMITTER HOFFMANN INVESTORS | DEPOSIT FOR SALE OF REAL PROPERTY RUNNER UP DEPOSIT (TO BE RETURNED IF SALE CONSUMATED WITH LOMBARDI) | 1110-000 | 10,000.00 | | 358,235.14 |
| 01/05/16 | | STERLING NATIONAL BANK 403 E. SANFORD BOULEVARD MOUNT VERNON, NY REMITTER HOFFMANN INVESTORS | DEPOSIT FOR SALE OF REAL PROPERTY RUNNER UP DEPOSIT (TO BE RETURNED IF SALE CONSUMATED WITH LOMBARDI) | 1110-000 | 10,000.00 | | 368,235.14 |
| 01/05/16 | | STERLING NATIONAL BANK 403 E. SANFORD BOULEVARD MOUNT VERNON, NY REMITTER HOFFMANN INVESTORS | DEPOSIT FOR SALE OF REAL PROPERTY RUNNER UP DEPOSIT (TO BE RETURNED IF SALE CONSUMATED WITH LOMBARDI) | 1110-000 | 10,000.00 | | 378,235.14 |
| 01/05/16 | | STERLING NATIONAL BANK 403 E. SANFORD BOULEVARD MOUNT VERNON, NY REMITTER HOFFMANN INVESTORS | DEPOSIT FOR SALE OF REAL PROPERTY RUNNER UP DEPOSIT (TO BE RETURNED IF SALE CONSUMATED WITH LOMBARDI) | 1110-000 | 10,000.00 | | 388,235.14 |
| 01/05/16 | | STERLING NATIONAL BANK 403 E. SANFORD BOULEVARD MOUNT VERNON, NY REMITTER HOFFMANN INVESTORS | DEPOSIT FOR SALE OF REAL PROPERTY RUNNER UP DEPOSIT (TO BE RETURNED IF SALE CONSUMATED WITH LOMBARDI) | 1110-000 | 10,000.00 | | 398,235.14 |
| 01/05/16 | | STERLING NATIONAL BANK 403 E. SANFORD BOULEVARD MOUNT VERNON, NY REMITTER HOFFMANN INVESTORS | DEPOSIT FOR SALE OF REAL PROPERTY RUNNER UP DEPOSIT (TO BE RETURNED IF SALE CONSUMATED WITH LOMBARDI) | 1110-000 | 10,000.00 | | 408,235.14 |

Page Subtotals                          70,000.00                0.00

Ver: 20.00g

FORM 2                                                                                                Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-11885 -MKV |
| Case Name: | 336 BARRETTO STREET, LLC |
| Taxpayer ID No: | *******9470 |
| For Period Ending: | 02/05/18 |

| | |
|---|---|
| Trustee Name: | ROBERT L. GELTZER |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5056  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 77,473,905.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/02/16 | 10 | CITY EVOLUTIONAARY CONSTRUCTIONS, LLC<br>1318 WEST 6 STREETM A8<br>BROOKLYN, NY  11204 | ACCOUNTS RECEIVABLES (RENT)<br>FEBRUARY 2016 RENT | 1121-000 | 3,300.00 | | 411,535.14 |
| 03/01/16 | 2 | STERLING NATIONAL BANK<br>40 CHURCH STREET<br>WHITE PLAINS, NY | SALE OF REAL PROPERTY<br>RUNNER UP DEPOSIT (TO BE RETURNED IF<br>SALE CONSUMATED WITH LOMBARDI) | 1110-000 | 1,653,283.46 | | 2,064,818.60 |
| 03/08/16 | 001004 | HOFFMANN INVESTORS CORP.<br>56 HARRISON STREET<br>NEW ROCHELLE, NEW YORK  10801 | RETURN OF DEPOSIT<br>TO RUNNER UP BIDDER | 1110-000 | -190,000.00 | | 1,874,818.60 |
| 03/08/16 | 001003 | PATRICK O'CONNELL<br>C/O SPERBER DENENBERG & KAHAN, PC<br>48 WEST 37TH STREET, 16TH FLOOR<br>NEW YORK, NEW YORK  10018 | BREAK-UP FEE<br>PURSUANT TO SECTION 13.4<br>OF PURCHASE AND SALE AGREEMENT | 2990-000 | | 25,000.00 | 1,849,818.60 |
| 03/10/16 | 001005 | NYCTL 2014-A TRUST MTAG | CLOSING COSTS | 2820-000 | | 33,466.29 | 1,816,352.31 |
| 03/10/16 | 001006 | NYCTL 2015-A TRUST MTAG | CLOSING COSTS | 2820-000 | | 15,110.15 | 1,801,242.16 |
| 03/10/16 | 001007 | VALLEY NATIONAL BANK | CLOSING COSTS<br>Paid at the closing in connection with the sale of the<br>Debtor's property. | 4110-000 | | 570,106.90 | 1,231,135.26 |
| 03/14/16 | 10 | ATLAS MACHINE RENTAL LLC<br>336 bARRETTO ST<br>BRONX, NY  10474-6718 | ACCOUNTS RECEIVABLES (RENT)<br>FEB 2016 RENT | 1121-000 | 5,000.00 | | 1,236,135.26 |
| 03/14/16 | 001008 | NYC WATER BOARD<br>PO BOX 11863<br>NEWARK, NJ  07101-8163 | CLOSING COSTS | 4120-000 | | 3,474.02 | 1,232,661.24 |
| 03/14/16 | 001009 | NYC DEPARTMENT OF FINANCE<br>PO BOX 680<br>NEWARK, NJ  07101-0680 | CLOSING COSTS | 2820-000 | | 750.00 | 1,231,911.24 |
| 03/14/16 | 001010 | BENCHMARK TITLE AGENCY, LLC<br>222 BLOOMINGDALE ROAD | CLOSING COSTS | 2500-000 | | 475.00 | 1,231,436.24 |

Page Subtotals                    1,471,583.46          648,382.36

Ver: 20.00g

FORM 2

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-11885  -MKV |
| Case Name: | 336 BARRETTO STREET, LLC |

| | |
|---|---|
| Trustee Name: | ROBERT L. GELTZER |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5056  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******9470 |
| For Period Ending: | 02/05/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 77,473,905.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WHITE PLAINS, NY  10605 | | | | | |
| 06/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,825.28 | 1,229,610.96 |
| 06/28/16 | 001011 | INTERNATIONAL SURETIES, LTD. | Bond #016030120 | 2300-000 | | 492.21 | 1,229,118.75 |
| | | SUITE 420 | 6/19/16 to 6/19/17 | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 07/23/16 | 001012 | MYC & ASSOCIATES, INC. | PER COURT ORDER | 3510-000 | | 111,000.00 | 1,118,118.75 |
| | | 1110 SOUTH AVENUE, SUITE 61 | DATED JULY 22, 2016 | | | | |
| | | STATEN ISLAND, NY  10314 | COMMISSION | | | | |
| 07/23/16 | 001013 | MYC & ASSOCIATES, INC. | PER COURT ORDER | 3992-000 | | 4,013.72 | 1,114,105.03 |
| | | 1110 SOUTH AVENUE, SUITE 61 | DATED JULY 22, 2016 | | | | |
| | | STATEN ISLAND, NY  10314 | PROPERTY MANAGER EXPENSE | | | | |
| 07/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,766.05 | 1,112,338.98 |
| 08/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,821.38 | 1,110,517.60 |
| 09/26/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,648.14 | 1,108,869.46 |
| 10/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,592.56 | 1,107,276.90 |
| 11/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,643.08 | 1,105,633.82 |
| 12/07/16 | 001014 | M.Y.C. & Associates, Inc. | STORAGE CHARGE | 2410-000 | | 2,468.00 | 1,103,165.82 |
| | | 1110 South Avenue | FOR THE PERIOD FEBRUARY 1, 2016 | | | | |
| | | Suite 61 | THROUGH FEBRUARY 1, 2017 | | | | |
| | | Staten Island, NY  10314 | AND BOX AND DELIVERY CHARGES | | | | |
| | | | INVOICE NO. 1388 | | | | |
| 12/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,587.84 | 1,101,577.98 |
| 01/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,636.07 | 1,099,941.91 |
| 02/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,636.73 | 1,098,305.18 |
| 03/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,476.48 | 1,096,828.70 |
| 04/07/17 | | BENCHMARK TITLE AGENCY, LLC | REFUND | 2500-000 | | -180.00 | 1,097,008.70 |
| | | 22 BLOOMINGDALE ROAD, SUITE 102 | | | | | |
| | | WHITE PLAINS, NY  10605 | | | | | |

Page Subtotals                     0.00            134,427.54

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-11885 -MKV | | Trustee Name: | ROBERT L. GELTZER |
|---|---|---|---|---|
| Case Name: | 336 BARRETTO STREET, LLC | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******5056  Checking - Non Interest |
| Taxpayer ID No: | *******9470 | | | |
| For Period Ending: | 02/05/18 | | Blanket Bond (per case limit): | $ 77,473,905.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/18/17 | 001015 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0045 | 2016 TAX YEAR TAX ID#20-3579470 | 2810-000 | | 114,830.00 | 982,178.70 |
| 04/18/17 | 001016 | NEW YORK STATE CORPORATION TAX PO BOX 15180 ALBANY, NY  12212-5180 | 2016 TAX YEAR TAX ID#20-3579470 | 2820-000 | | 21,419.00 | 960,759.70 |
| 04/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,632.06 | 959,127.64 |
| 05/24/17 | 001017 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | TAX YEAR 2015 EIN 20-3579470 | 2820-000 | | 54.32 | 959,073.32 |
| 05/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,534.04 | 957,539.28 |
| 06/21/17 | 001018 | M.Y.C. & Associates, Inc. 1110 South Avenue Suite 61 Staten Island, NY  10314 | STORAGE CHARGE FOR THE PERIOD FEBRUARY 1, 2017 THROUGH AUGUST 1, 2017 AND BOX AND DELIVERY CHARGES INVOICE NO. 1473 | 2410-000 | | 1,053.00 | 956,486.28 |
| 06/21/17 | 001019 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | BOND DISBURSEMENT #016030120 | 2300-000 | | 388.40 | 956,097.88 |
| 06/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,425.04 | 954,672.84 |
| 07/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,376.88 | 953,295.96 |
| 08/16/17 | 001020 | M.Y.C. & Associates, Inc. 1110 South Avenue Suite 61 Staten Island, NY  10314 | STORAGE CHARGE FOR THE PERIOD AUGUST 1, 2017 THROUGH NOVEMBER 1, 2017 INVOICE NO. 1512 | 2410-000 | | 526.50 | 952,769.46 |
| 11/21/17 | | NYCTL 1998-2 TRUST C/O MTAG SERVICES, LLC 1439 STUART ENGALS BLVD. STE 300 MT. PLEASANT, SC  29464 | REFUND/OVERPAYMENT OF TAXES | 2810-000 | | -121.50 | 952,890.96 |
| 12/07/17 | 001021 | ROBERT L. GELTZER, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 79,839.10 | 873,051.86 |

| | Page Subtotals | 0.00 | 223,956.84 |
|---|---|---|---|

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 15-11885 -MKV | |
| Case Name: | 336 BARRETTO STREET, LLC | |

Taxpayer ID No: *******9470
For Period Ending: 02/05/18

| | |
|---|---|
| Trustee Name: | ROBERT L. GELTZER |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5056  Checking - Non Interest |

Blanket Bond (per case limit):  $ 77,473,905.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 1556 3RD AVENUE SUITE 505 NEW YORK, NY  10128 | | | | | |
| 12/07/17 | 001022 | ROBERT L. GELTZER, TRUSTEE 1556 3RD AVENUE SUITE 505 NEW YORK, NY  10128 | Chapter 7 Expenses | 2200-000 | | 101.27 | 872,950.59 |
| 12/07/17 | 001023 | TARTER KRINSKY & DROGIN LLP 1350 BROADWAY NEW YORK, NEW YORK  10018 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 91,469.00 | 781,481.59 |
| 12/07/17 | 001024 | TARTER KRINSKY & DROGIN LLP 1350 BROADWAY NEW YORK, NEW YORK  10018 | Attorney for Trustee Expenses (Othe | 3220-000 | | 370.97 | 781,110.62 |
| 12/07/17 | 001025 | ANDREW W. PLOTZKER, CPA, LLC 59 EAST 54TH STREET, SUITE 61 NEW YORK, NEW YORK  10022 | Accountant for Trustee Expenses (Ot | 3420-000 | | 240.00 | 780,870.62 |
| 12/07/17 | 001026 | ANDREW W. PLOTZKER, CPA, LLC 59 EAST 54TH STREET, SUITE 61 NEW YORK, NEW YORK  10022 | Accountant for Trustee Fees (Other | 3410-000 | | 51,056.50 | 729,814.12 |
| 12/07/17 | 001027 | Capital One, National Association c/o Lazar, Aptheker, Rosella & Yedid Attn: Jennifer L. Silvestro, Esq. 225 Ole Country Road Melville, New York, 11747 | Claim 000005, Payment 29.67781% | 7100-000 | | 382,478.32 | 347,335.80 |
| 12/07/17 | 001028 | First National Insurance Company of America c/o Torre,Lentz,Gamell,Gary & Rittmaster 100 Jericho Quadrangle, Suite 309 Jericho, NY 11753 | Claim 000006, Payment 29.67781% | 7100-000 | | 347,335.80 | 0.00 |

Page Subtotals          0.00          873,051.86

Ver: 20.00g

FORM 2                                                                                                      Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                          Exhibit 9

Case No:          15-11885  -MKV                          Trustee Name:        ROBERT L. GELTZER
Case Name:        336 BARRETTO STREET, LLC                Bank Name:           Union Bank
                                                          Account Number / CD #:   *******5056  Checking - Non Interest

Taxpayer ID No:   *******9470
For Period Ending:  02/05/18                              Blanket Bond (per case limit):  $  77,473,905.00
                                                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,886,303.43 | 1,886,303.43 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,886,303.43 | 1,886,303.43 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,886,303.43 | 1,886,303.43 | |

|  |  |  |
|---|---|---|
|  | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | |
| Checking - Non Interest - *******5056 | 1,886,303.43 | 1,886,303.43 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 1,886,303.43 | 1,886,303.43 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00            0.00